# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4405
NEW YORK, NEW YORK 10118

**Juan E. Monteverde**
jmonteverde@monteverdelaw.com

February 8, 2021

**VIA ECF**

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Rioux v. Callaway Golf Company, et al.*, 1:20-cv-10818 (the "Action")

Dear Judge Abrams:

    We write on behalf of the parties in the above-captioned Action.

    The parties are exploring a potential resolution of the Action and hereby request, pursuant to Your Honor's *Individual Rules & Practices in Civil Cases*, a 30-day adjournment of the initial status conference currently scheduled for February 19, 2021, at 12:00 p.m.

    There have been no prior requests for adjournment of the initial status conference in this Action.

    Respectfully Submitted[1],

| **MONTEVERDE & ASSOCIATES PC** | **LATHAM & WATKINS LLP** |
|---|---|
| */s/ Juan E. Monteverde* | */s/ Adam Shamah* |
| Juan E. Monteverde | Adam Shamah |
| The Empire State Building | 885 Third Avenue |
| 350 Fifth Avenue, Suite 4405 | New York, NY 10022 |
| New York, NY 10118 | Tel: (212) 906-4567 |
| Tel: (212) 971-1341 | adam.shamah@lw.com |
| jmonteverde@monteverdelaw.com | |

---

[1] Plaintiff uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

Telephone (212) 971-1341    www.monteverdelaw.com    Facsimile (212) 202-7880

February 8, 2021
Page **2** of **2**

                                                Kristin Murphy (*pro hac vice forthcoming*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92627
Tel: (714) 755-8287
kristin.murphy@lw.com