# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4405
NEW YORK, NEW YORK 10118

**Juan E. Monteverde**
jmonteverde@monteverdelaw.com

February 8, 2021

**VIA ECF**

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The initial pre-trial conference is hereby adjourned until March 19, 2021 at 10:30 a.m.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> February 9, 2021

Re: *Rioux v. Callaway Golf Company, et al.*, 1:20-cv-10818 (the "Action")

Dear Judge Abrams:

We write on behalf of the parties in the above-captioned Action.

The parties are exploring a potential resolution of the Action and hereby request, pursuant to Your Honor's *Individual Rules & Practices in Civil Cases*, a 30-day adjournment of the initial status conference currently scheduled for February 19, 2021, at 12:00 p.m.

There have been no prior requests for adjournment of the initial status conference in this Action.

Respectfully Submitted[1],

**MONTEVERDE & ASSOCIATES PC**                **LATHAM & WATKINS LLP**

*/s/ Juan E. Monteverde*                                    */s/ Adam Shamah*

Juan E. Monteverde                                            Adam Shamah
The Empire State Building                                 885 Third Avenue
350 Fifth Avenue, Suite 4405                            New York, NY 10022
New York, NY 10118                                          Tel: (212) 906-4567
Tel: (212) 971-1341                                             adam.shamah@lw.com
jmonteverde@monteverdelaw.com

---

[1] Plaintiff uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

February 8, 2021
Page **2** of **2**

      Kristin Murphy (*pro hac vice forthcoming*)
      650 Town Center Drive, 20th Floor
      Costa Mesa, CA 92627
      Tel: (714) 755-8287
      kristin.murphy@lw.com